1430 KLO
4155 Harrison Blvd. # 206
Ogden, UT  84403

Airborne Express
PO Box 662
Seattle, WA  98111

Allied Interstate
800 Interchange West
435 Ford Road
Minneapolis, MN  55426-1096

04  30824 WTT

Bonneville Collection
PO Box 309
Ogden, UT  84402-0309

The Breeze
257 East 200 South #400
Salt Lake City, UT  84111

CACV of Colorado
8 Bourbon Street
Peabody, MA  01960

Chase Bank
PO Box 52195
Phoenix, AZ  85072-2195

Chevron Credit Bank, NA
PO Box 5010, Section 230
Concord, CA  94524-0010

Client Services, Inc
3451 Harry S Truman Blvd.
St. Charles, MO  63301

Comm. Recovery Systems
8035 RL Thornton
Dallas, TX  75228

Corporon & Williams
808 East South Temple
Salt Lake City, UT  84102

Creditor's Interchange
80 Holtz Drive
Buffalo, NY  14225

Cricket
PO Box 660021
Dallas, TX  75266

Cricket LLC
PO Box 210000
Stockton, CA  95269-9000


0430824D4

Electric Lightwave
PO Box 20553
Rochester, NY  14602

Enterprise, The
PO Box 11778
Salt Lake City, UT  84147

Evolution Fitness
7965 South 700 East
Sandy, UT  84070

Express Recovery
3782 West 2340 South Suite B
West Valley City, UT  84120

Express Recovery
PO Box 26415
Salt Lake City, UT  84126

Focus Receivables
2700 Cumberland Pkwy. Suite 540
Atlanta, GA  30339

Ford Motor Credit
PO Box 542000
Omaha, NE  68154

Gap Inc./Old Navy
Monogram Credit Card Bank
9675 Elk Grove Florin Road
Elk Grove, CA  95624

JA Cambece Law
8 Bourbon Street
Peabody, MA  01960

Kirk A Cullimore Attorney
PO Box 65655
Salt Lake City, UT  84165-0655

Les Olsen Co.
3244 S 300 West
Salt Lake City, UT  84115

MBNA
400 Christiana Road
Newark, DE  19713

Mount Olympus Water
PO Box 25426
Salt Lake City, UT  84125

Multi Channel Systems, Inc
2226 Arbor Crest
Carrollton, TX  75007

Next Card
1620 Dodge Street
Omaha, NE  68102

Old Navy/MCCBG
PO Box 530993
Atlanta, GA  30353-0993

Questar Gas
PO Bo x45841
Salt Lake City, UT  84139

Qwest
PO Box 29060
Phoenix, AZ  85038

R Bradley Neff, PC
9730 South 700 East Suite 100
PO Box 1128
Sandy, UT  84091-1128

RC Willey
PO Box 410429
Salt Lake City, UT  84141-0429

Richards Brandt Miller Nelson
PO Box 2465
Salt Lake, UT  84110-2465

RMA
60 Adelaide Street East
7th Floor
Toronto, ON  M5C3E4 Canada

Salt Lake City 3rd Circuit Court
100 North 800 East
Sandy, UT  84070

Salt Lake City Courts
333 South 200 East
Salt Lake City, UT  84111

SOS Staffing
Corporate Collections
PO Box 510084
Salt Lake City, 84151

SOS Staffing Judgment
1415 S Main
Salt Lake City, UT  84115

Sprint PCS
PO Box 219554
Kansas City, MO  64121-9554

Talon Global
5729 Martin Road #103
Plano, TX  75024-4955

Tiburon Financial
218 A South 108th Avenue
Omaha, NE  68154-2631

The Breeze
KBZN-FM
257 E 200 South #400
Salt Lake City, UT  84111

The Enterprise
PO Box 11778
Salt Lake City, UT  84147

Utah Power
1033 NE 6th Avenue
Portland, OR  97256-0001

Wells Fargo Finance
1240 Office Plaza
West Des Moines, IA  50266

Wells Fargo
PO Box 98798
Las Vegas, NV  89193-8798

Xtreme Traffic Builders
435 N La Salle #400
Chicago, IL  60610

John Paulos
Express Rentals
124 East 3900 South
Salt Lake City, UT  84107

Red Rock Construction
8650 South 700 East
Sandy, UT  84070

Zions Bank
PO Box 1507
Salt Lake City, UT  84110-1507