Joel T. Marker (4372)
**McKAY, BURTON & THURMAN**
Attorneys for Joel T. Marker, Trustee
170 South Main Street, Suite 800
Salt Lake City, UT 84101
Telephone:  (801) 521-4135
Fax: (801) 521-4252
Email: joel@mbt-law.com

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | : | Bankruptcy No.  04-30824 WTT |
| | | Chapter 7 |
| SHELBY ELIZABETH NICHOLS, | : | |
| | | |
| Debtor. | : | |

### DECLARATION CONCERNING NONOPPOSITION TO
### TRUSTEE'S MOTION TO REOPEN CASE

The Trustee's  Motion to Reopen Case, dated October 7, 2009, and the Notice of Hearing on

Trustee's Motion to Reopen Case, also dated October 7, 2009, were filed with the Court on October

7, 2009 and served on all parties in interest on October 8, 2009.  The Notice of Hearing provided

notice to parties in interest that in the absence of an objection filed no later than October 26, 2009,

the hearing scheduled for November 5, 2009 at 1:30 p.m. would be stricken and an order approving

the motion would be entered without a hearing.

No objection to the motion has been timely filed and the Court may enter an order approving the motion and strike the hearing.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 30th day of October, 2009.

**McKAY, BURTON & THURMAN**


By:_____/S/_____
    Joel T. Marker
    Attorneys for Joel T. Marker, Trustee