Joel T. Marker (4372)
**McKAY, BURTON & THURMAN**
Attorneys for Joel T. Marker, Trustee
170 South Main Street, Suite 800
Salt Lake City, UT 84101
Telephone: (801) 521-4135
Email: jmarker@mbt-law.com

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | : | Bankruptcy No. 04-30824 WTT |
| --- | --- | --- |
|  |  | Chapter 7 |
| SHELBY ELIZABETH NICHOLS, | : |  |
| Debtor. | : |  |

### NOTICE OF PAYMENT OF UNCLAIMED FUNDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

Joel T. Marker, Trustee of the Chapter 7 bankruptcy estate of Shelby Elizabeth Nichols, pursuant to Rule 3011, Rules of Bankruptcy Procedure, hereby gives notice of funds paid into the United States Bankruptcy Court registry and represents to the Court that:

1. On March 25, 2010, the following check was issued in the amount set forth below:

| **Check #** | **Creditor's Names** | **Check Amount** |
| --- | --- | --- |
| 10111 | Questar Gas<br>Bankruptcy DNR 244<br>PO Box 3194<br>Salt Lake City, UT 84110 | $1.79 |



2. A distribution was made of $1.79 to Questar Gas. Checks less than $5.00 are required to be paid to the U.S. Bankruptcy Court.

3. The unclaimed funds are on deposit at The Bank of New York Mellon, Account No. 9200-02445171-66.

4. A check in the amount of $1.79 representing said unclaimed funds, made payable to the U.S. Bankruptcy Court, is attached hereto.

DATED this 26th of March, 2010.

McKAY, BURTON &THURMAN

By: _____
Joel T. Marker
Attorneys for Joel T. Marker, Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of March, 2010, a true and correct copy of the foregoing was mailed, postage prepaid, to the following:

United States Trustee
405 South Main St., Suite 300
Salt Lake City, UT 84111

Questar Gas
Bankruptcy DNR 244
PO Box 3194
Salt Lake City, UT 84110

/S/
Leanne Ruesch